# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 494 |
| | : | |
| ORDER REVISING THE *COMMENT* TO | : | CRIMINAL PROCEDURAL RULES |
| RULE 578 OF THE PENNSYLVANIA | : | |
| RULES OF CRIMINAL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2017, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 *Pa.B.* 306 (January 21, 2017), and a *Final Report* to be published with this **ORDER:**

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the revision to the *Comment* to Pennsylvania Rule of Criminal Procedure 578 is approved, in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.